UNITED STATES of America,
Plaintiff–Appellee,

v.

Alain DJELILATE, Defendant–
Appellant.

No. 00–7798.

United States Court of Appeals,
Fourth Circuit.

Submitted June 21, 2001.

Decided June 27, 2001.

Alain Djelilate, pro se. Sandra Wilkinson, Office of the United States Attorney, Greenbelt, MD, for appellee.

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior Circuit Judge.

PER CURIAM.

Alain Djelilate appeals the district court's order denying his motion filed under 28 U.S.C.A. § 2255 (West Supp.2000). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *United States v. Djelilate,* Nos. CR–98–128–PJM;

CA–00–252–PJM (D. Md. filed Oct. 31, 2000; entered Nov. 1, 2000). We deny the motion to strike the informal brief and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*